```
                              United States Bankruptcy Court
                                Northern District of Ohio
In re:                                                            Case No. 16-15073-jps
Sabrina C. Whitsette                                              Chapter 13
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0647-1           User: klamu                  Page 1 of 2                  Date Rcvd: Sep 20, 2016
                               Form ID: 309I                Total Noticed: 75


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2016.
db           +Sabrina C. Whitsette,    3533 East 149th Street,    Cleveland, OH 44120-4927
24507952     +AC Whitsette, Jr.,    4191 East 146th Street,    Cleveland, OH 44128-1866
24507955     +All Kind Check Cash dba Cash Stop,    4880 Northfield Road,    Cleveland, OH 44128-4524
24507956     +American Infosource LP as agent,     PO Box 5008,    Carol Stream, IL 60197-5008
24507957     +Arielle Johnson,    3533 E. 149th,    Cleveland, OH 44120-4927
24507958     +Ashro,   ATTN: Bankruptcy,    3650 Milwaukee Street,    Madison, WI 53714-2304
24507963     +Capital One Bank USA NA,    ATTN: Bankruptcy Dept,    140 East Shore Drive,
               Glen Allen, VA 23059-5755
24507964     +Carlisle, McNellie, Rini, etc.,    24755 Chagrin Boulevard #200,     Beachwood, OH 44122-5690
24507965     +Central Collection Agency,    ATTN: Bankruptcy,    205 West St. Clair Avenue,
               Cleveland, OH 44113-1503
24507967     +Cleveland Water Dept.,    ATTN: Bankruptcy,    1201 Lakeside Avenue E,    Cleveland, OH 44114-1175
24507976     +Cuyahoga County CSEA,    1640 Superior Avenue East,    Cleveland, OH 44114-2908
24507975     +Cuyahoga County Clerk of Courts,    1200 Ontario Street,    Cleveland, OH 44113-1604
24507978     +Enviro-Tech, Inc.,    ATTN: Bankruptcy,    PO Box 29,    Victor, NY 14564-0029
24507979     +Exchange Street Associates, LLC,    c/o SMDK Agency,    3333 Richmond Road, #370,
               Beachwood, OH 44122-4196
24507980     +Fanger & Associates,    ATTN: Bankruptcy,    36 Alpha Park,    Cleveland, OH 44143-2208
24507984     +First Credit Corp,    ATTN: Bankruptcy,    PO Box 9300,    Boulder, CO 80301-9300
24507985     +First Credit Inc.,    PO Box 630838,    Cincinnati, OH 45263-0838
24507986     +First Federal Credit Control,    24700 Chagrin Blvd Ste 205,    Cleveland, OH 44122-5662
24507988     +HSBC,   ATTN: Bankruptcy,    PO Box 1274,    Brandon, FL 33509-1274
24507990     +Integrity Funding Ohio dba Loan Max,    84 Villa Road,    Greenville, SC 29615-3052
24507993     +Javitch Block Rathbone,    1100 Superior Avenue, 19th Floor,    Cleveland, OH 44114-2521
24507995     +Lake Health,    ATTN: Bankruptcy,    PO Box 714328,    Columbus, OH 43271-4328
24507994     +Lake Health,    Patient Accounts,    7590 Auburn Road,    Painesville, OH 44077-9176
24507996     +Meta Bank,    ATTN: Bankruptcy,    101 W. 69th Street, #104,    Sioux Falls, SD 57108-2440
24507997     +Natiowide Recovery Service,    545 West Inman St,    Cleveland, TN 37311-1768
24507998     +Natiowide Recovery Service,    Po Box 8005,    Cleveland, TN 37320-8005
24507999     +Northeast Ohio Regional Sewer Dist,    1201 Lakeside Avenue East,    Cleveland, OH 44114-1132
24508000     +Novacare Rehabilitation,    400 Technology Drive, #240,    Canonsburg, PA 15317-9575
24508001     +Ohio Child Support Payment Central,    PO Box 182394,    Columbus, OH 43218-2394
24508002     +Ohio First Class Credit Union,    Po Box 5877,    Cleveland, OH 44101-0877
24508005     +Powers Friedman Linn PLL,    23240 Chagrin Blvd, #180,    Beachwood, OH 44122-5482
24508010     +RITA,   ATTN: Legal Dept,    PO Box 470537,    Broadview Heights, OH 44147-0537
24508011     +Roger Jewelers,    PO Box 3680,    Akron, OH 44309-3680
24508013     +State of Ohio Dept of Taxation,    c/o Ohio Attorney General,    150 East Gay Street,
               Columbus, OH 43215-3130
24508014     +Superior Funding, LLC,    ATTN: Bankruptcy,    2386 S. Muskogee Avenue,
               Tahlequah, OK 74464-5426
24508016     +Taleris Credit Union,    1250 East Granger Road,    Independence, OH 44131-1234
24508017     +Taleris Credit Union,    PO Box 318072,    Independence, OH 44131-8072
24508018      Third Federal Savings and Loan,    7007 Broadway Avenue,    Cincinnati, OH 45206
24508021     +US Attorney - Cleveland,    801 West Superior Avenue,    Suite #400,    Cleveland, OH 44113-1852
24508022     +US Attorney General,    US Dept of Justice,    Bankruptcy Dept,    PO Box 55, Ben Franklin Station,
               Washington, DC 20044-0055
24508019     +University Hospitals,    ATTN: Bankruptcy,    11100 Euclid Avenue,    Cleveland, OH 44106-5000
24508020     +University Hospitals,    ATTN: Bankruptcy,    20800 Harvard Road,    Beachwood, OH 44122-7251

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: billbehrens@dannlaw.com Sep 20 2016 22:18:14      William C. Behrens,
               The Dann Law Firm Co., LPA,    PO Box 6031040,    Cleveland, OH 44103
tr           +E-mail/Text: number@trust13.com Sep 20 2016 22:19:30      Craig H. Shopneck,
               Chapter 13 Trustee,    200 Public Square, Suite 3860,    Cleveland, OH 44114-2322
ust          +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Sep 20 2016 22:19:12      Cynthia J. Thayer,
               US Department of Justice,    201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
24507953     +EDI: ACECASHXPRESS.COM Sep 20 2016 22:08:00      Ace Cash Express,
               1231 Greenway Dr., Suite 600,    Irving, TX 75038-2511
24507954     +EDI: ACECASHXPRESS.COM Sep 20 2016 22:08:00      Ace Cash Express,    2516 Victory Parkway,
               Cincinnati, OH 45206-2004
24507961      EDI: CAPITALONE.COM Sep 20 2016 22:03:00      Capital One Bank,    ATTN: Bankruptcy,
               15000 Capital One Drive,    Henrico, VA 23238
24507960     +EDI: CAPONEAUTO.COM Sep 20 2016 22:08:00      Capital One Auto Finance,    ATTN: Bankruptcy,
               7933 Preston Road,    Plano, TX 75024-2302
24507959     +EDI: CAPONEAUTO.COM Sep 20 2016 22:08:00      Capital One Auto Finance,    3901 Dallas Pkwy,
               Plano, TX 75093-7864
24507962     +EDI: CAPITALONE.COM Sep 20 2016 22:03:00      Capital One Bank,    ATTN: Bankruptcy,
               PO Box 30285,    Salt Lake City, UT 84130-0285
24507966     +E-mail/Text: bankruptcy@ofccu.com Sep 20 2016 22:19:49      Cleveland Postal Employees CU,
               ATTN: Bankruptcy,    1800 Carnegie Avenue,    Cleveland, OH 44115-2312
24507968     +EDI: WFNNB.COM Sep 20 2016 22:08:00      Commenity Bank / Lane Bryant,    ATTN: Bankruptcy,
               PO Box 182125,    Columbus, OH 43218-2125
24507969     +EDI: CONVERGENT.COM Sep 20 2016 22:08:00      Convergent Outsourcing,    ATTN: Bankruptcy Dept,
               500 SW 7th Street, Bldg A-100,    Renton, WA 98057-2983
```

```
District/off: 0647-1           User: klamu               Page 2 of 2              Date Rcvd: Sep 20, 2016
                               Form ID: 309I             Total Noticed: 75
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
24507970      +EDI: CRFRSTNA.COM Sep 20 2016 22:03:00      Credit First, NA,    ATTN: Bankruptcy,   PO Box 81410,
               Cleveland, OH 44181-0410
24507972      +EDI: CRFRSTNA.COM Sep 20 2016 22:03:00      Credit First/CFNA,   6275 Eastland Rd,
               Brookpark, OH 44142-1399
24507971      +EDI: CRFRSTNA.COM Sep 20 2016 22:03:00      Credit First/CFNA,   Bk13 Credit Operations,
               Po Box 818011,   Cleveland, OH 44181-8011
24507973      +EDI: RCSFNBMARIN.COM Sep 20 2016 22:03:00      Credit One,    ATTN: Bankruptcy,   PO Box 98873,
               Las Vegas, NV 89193-8873
24507974      +EDI: RCSFNBMARIN.COM Sep 20 2016 22:03:00      Credit One Bank,   ATTN: Bankruptcy,
               PO Box 98872,   Las Vegas, NV 89193-8872
24507977       EDI: DIRECTV.COM Sep 20 2016 22:08:00      Direct TV,    ATTN: Bankruptcy Dept,   PO Box 6414,
               Carol Stream, IL 60197
24507983      +EDI: BLUESTEM.COM Sep 20 2016 22:08:00      Fingerhut,    ATTN: Bankruptcy,   PO Box 1250,
               Saint Cloud, MN 56395-1250
24507982      +EDI: BLUESTEM.COM Sep 20 2016 22:08:00      Fingerhut,    ATTN: Bankruptcy,   6250 Ridgewood Road,
               Saint Cloud, MN 56303-0820
24507981      +EDI: BLUESTEM.COM Sep 20 2016 22:08:00      Fingerhut,    ATTN: Bankruptcy,
               6509 Flying Cloud Drive,   Eden Prairie, MN 55344-3307
24507987      +E-mail/Text: bk@gafco.net Sep 20 2016 22:19:48      Great American Finance,   ATTN: Bankruptcy,
               205 West Wacker Drive,   Chicago, IL 60606-1211
24507989      +EDI: HFC.COM Sep 20 2016 22:03:00      HSBC Bank,   ATTN: Bankruptcy,   PO Box 5213,
               Carol Stream, IL 60197-5213
24507992       EDI: IRS.COM Sep 20 2016 22:08:00      IRS,    ATTN: Bankruptcy,
               1240 East 9th Street, Room #493,   Cleveland, OH 44199
24508003       EDI: PRA.COM Sep 20 2016 22:08:00      Portfolio Recovery Assoc,   120 Corporate Blvd Ste 1,
               Norfolk, VA 23502
24508004       EDI: PRA.COM Sep 20 2016 22:08:00      Portfolio Recovery Associates,
               120 Corporate Boulevard, #100,   Norfolk, VA 23502
24508006      +EDI: PRA.COM Sep 20 2016 22:08:00      PRA Receivables Mgmt LLC,   PO Box 41067,
               Norfolk, VA 23541-1067
24508007      +E-mail/Text: bankruptcy@purchasingpower.com Sep 20 2016 22:20:36      Purchasing Power, LLC,
               ATTN: Bankruptcy,   1349 West Peachtree Street NW #1100,   Atlanta, GA 30309-2956
24508009      +E-mail/Text: bk@revenuegroup.com Sep 20 2016 22:20:47      Revenue Group,    ATTN: Bankruptcy,
               PO Box 93983,   Cleveland, OH 44101-5983
24508008      +E-mail/Text: bk@revenuegroup.com Sep 20 2016 22:20:47      Revenue Group,
               4780 Hinckley Industrial Parkway,   Suite #200,   Cleveland, OH 44109-6003
24508012      +E-mail/Text: ebnsterling@weltman.com Sep 20 2016 22:19:17      Rogers Jewelers,
               ATTN: Bankruptcy,   375 Ghent Road,   Akron, OH 44333-4601
24508015      +EDI: RMSC.COM Sep 20 2016 22:03:00      SYNCB,   ATTN: Bankruptcy,   PO Box 965060,
               Orlando, FL 32896-5060
24508023      +E-mail/Text: BKRMailOps@weltman.com Sep 20 2016 22:20:11      Weltman, Weinberg & Reis,
               323 West Lakeside Avenue #200,   Cleveland, OH 44113-1009
                                                                                              TOTAL: 33

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24507991*     +IRS,   c/o Bankruptcy Dept.,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2016 at the address(es) listed below:
          Craig H. Shopneck    ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com
          William C. Behrens    on behalf of Debtor Sabrina C. Whitsette billbehrens@dannlaw.com,
           notices@dannlaw.com;sarah@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com
                                                                                             TOTAL: 2
```

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Sabrina C. Whitsette** | Social Security number or ITIN xxx–xx–1053 |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Ohio** | Date case filed for chapter 13  9/15/16 |
| Case number: | **16–15073–jps** | |

Official Form 309I
# Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Sabrina C. Whitsette | |
| 2. | **All other names used in the last 8 years** | aka Sabrina C. Johson, aka Sabrina C. Johnson | |
| 3. | **Address** | 3533 East 149th Street<br>Cleveland, OH 44120 | |
| 4. | **Debtor's attorney**<br>Name and address | William C. Behrens<br>The Dann Law Firm Co., LPA<br>PO Box 6031040<br>Cleveland, OH 44103 | Contact phone 216–373–0539<br>Email:  billbehrens@dannlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Craig H. Shopneck<br>Chapter 13 Trustee<br>200 Public Square, Suite 3860<br>Cleveland, OH 44114–2321 | Contact phone 216–621–4268 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at<br> www.pacer.gov<br> www.ohnb.uscourts.gov | United States Bankruptcy Court<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue<br>Cleveland, OH 44114–1235 | Hours open 9:00 AM – 4:00 PM<br>Contact phone 216–615–4300<br>Date: 9/20/16 |

**For more information, see page 2**

| | | |
|---|---|---|
| Debtor **Sabrina C. Whitsette** | | Case number **16–15073–jps** |

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 26, 2016 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required ***<br>*** Proof of Social Security Number required *** | **Location:**<br>**341 Meeting, H.M.M. US Courthouse, 201 Superior Ave, 6th Floor, Cleveland, OH 44114** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/27/16** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/24/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/14/17** |
| | **Deadline to File an Objection to Confirmation:** | **Filing deadline: 7 days before the confirmation hearing date.** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held on:<br>**12/8/16** at **09:30 AM**, Location: **H.M. Metzenbaum Courthouse, 201 Superior Avenue, Courtroom #2B, Cleveland, OH 44114** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |